| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Jonathan J. Lo (SBN: 305306)<br>Lo & Lo LLP<br>506 North Garfield Ave., Suite 280<br>Alhambra, CA 91801<br>Tel: 626-289-8838<br>Fax: 626-380-3333<br>Email: jonathan@lolollp.com<br><br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>ZERONG YANG<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:26-bk-12075-BR<br>CHAPTER: 7<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |
|---|---|

**Creditor Name:**
Li Yu c/o Law Office of Kevin P. Hermansen, P.C.

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (*i.e.*, without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. **Type of Case:**

   a.   ☒   A voluntary petition under Chapter    ☒ 7   ☐ 11   ☐ 12   ☐ 13 was filed on: _03/05/2026_

   b.   ☐   An involuntary petition under Chapter    ☐ 7   ☐ 11 was filed on: _____

        ☐   An order of relief under Chapter    ☐ 7   ☐ 11 was entered on: _____

   c.   ☐   An order of conversion to Chapter    ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on: _____

   d.   ☐   Other:

4. **Procedural Status:**

   a.   ☒   Name of Trustee appointed *(if any):* _Jason M. Rund_

   b.   ☐   Name of Attorney for Trustee *(if any):* _____

5. Debtor claims an exemption in the subject real property under:

   a.   ☒   California Code of Civil Procedure § _704.730_____ (Homestead): Exemption amount claimed on schedules: $ _722,502.00____

   b.   ☐   California Code of Civil Procedure § _____ Exemption amount claimed on schedules: $ _____

   c.   ☐   Other statute *(specify):* _____

6. Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

   a.   Date of entry of judgment *(specify):* 01/02/2026___

   b.   Case name *(specify):* Zerong Yang v. Li Yu (Case No. 24WCUD02476)_____

   c.   Name of court: Los Angeles Superior Court - West Covina Courthouse_____

   d.   Docket number *(specify):* _____

   e.   Date *(specify):* _03/14/2018___ and place *(specify)* Los Angeles County Recorder's Office_____ of recordation of lien

   f.   Recorder's instrument number *(specify):* 20260135045_____

7. The property claimed to be exempt is as follows:

   a.   Street address, city, county and state, where located, *(specify):*
       1108 E. 9th Street, Pomona, CA 91766_____

   b.   Legal description *(specify):* Lot 9 of Tract 10362, in the City of Pomona, County of Los Angeles, State of _____
       California, as Per Map 175, Pages 28 and 29 of Maps in said County Recorder _____ ☐ See attached page

8. Debtor acquired the property claimed as exempt on the following date *(specify):* 12/22/2015___

9. Debtor alleges that the fair market value of the property claimed exempt is: $ _677,083.00___

10. The subject property is encumbered with the following liens *(list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):*

| Name of Lienholder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Royal Business Bank | ☐ | | $ 217,000.00 | $ 178,070.47 | 05/01/2026 |
| Li Yu | ☒ | | $ 5,115.17 | $ 5,115.17 | 01/02/2026 |
| | ☐ | | $ | $ | |
| | ☐ | | $ | $ | |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):

   a.  ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor

   b.  ☒ Appraisal of the property

   c.  ☒ Documents showing current balance due as to the liens specified in paragraph 11 above

   d.  ☒ Recorded Abstract of Judgment

   e.  ☐ Recorded Declaration of Homestead (Homestead Exemption)

   f.  ☐ Declaration(s)

   g.  ☒ Other (specify): *Notice of Judgment Lien*


12. Total number of attached pages of supporting documentation: _56_

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.


Executed on (date): _05/08/2026_

_ZERONG YANG_
Signature of Debtor

Zerong Yang
Printed name of Debtor


Date: _05/08/2026_

Signature of Attorney for Debtor

Jonathan J. Lo
Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                             Page 3                                    F 4003-2.1.AVOID.LIEN.RP.MOTION

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Li Yu c/o Law Office of Kevin P. Hermansen, P.C.

2. **Subject Lien:** Date and place of recordation of lien (*specify*): Recorded on ___N/A___ at the Los Angeles County Recorder's Office

   Recorder's instrument number or document recording number: 20260135045

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

   ☒ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ................................................................ $ 677,083.00
   b. Amounts of Senior Liens (reducing equity in the property to which the subject lien can attach):
      (1) First lien: .......................................................... ($ 178,070.47)
      (2) Second lien: ....................................................... ($ 5,115.17)
      (3) Third lien: ......................................................... ($_____)
      (4) Additional senior liens (*attach list*): ..................... ($_____)
   c. Amount of Debtor's exemption(s): ................................. ($_____)
   d. Subtotal: .......................................................................... ($ 722,502.00)
   e. Secured Claim Amount (negative results should be listed as -$0-): $ 0.00

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                   Page 4                          F 4003-2.1.AVOID.LIEN.RP.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

506 North Garfield Ave., Suite 280, Alhambra, CA 91801


A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/10/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jason M Rund (TR): trustee@srlawyers.com, jrund@ecf.axosfs.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) 05/10/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Barry Russell
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/10/2026 | Jonathan Lo | /s/ Jonathan Lo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |


This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)* | Address from: | Delivery Method |
|---|---|---|
| Royal Business Bank<br>1055 Wilshire Blvd., Suite 1220<br>Los Angeles, CA 90017 | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other *(specify)*:<br>Bank Statement | ☒ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br>Li Yu c/o Kevin Hermansen<br>Law Office of Kevin P. Hermansen<br>13654 Victory Blvd., Suite 111<br>Van Nuys, CA 91401 | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other *(specify)*:<br>Abstract of Judgment | ☒ United States mail<br>☒ Certified mail –<br>Tracking # 7018 2290 0002 2715 6965<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)* | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | ☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

| 2nd lienholder *(name and address)* | Address from: | Delivery Method |
|---|---|---|
| | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | ☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)* | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | ☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)* | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | ☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |
| 3rd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |

<br>

| Alternative/additional address (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |
| Alternative/additional address (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.