**Fill in this Information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Zerong Yang | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 2:26-bk-12075 | | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 1108 E. 9th Street Pomona, CA 91766<br>Los Angeles County<br>Redfin estimated value $670,000<br>Cost of Sales (8%) $53,600<br>Line from *Schedule A/B*: 1.1 | $616,400.00 | ■  $436,400.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2023 Tesla Y 78000 miles<br>KBB estimated private trade in value<br><br>The other 50% interest is owned by Debtor's son.<br>Line from *Schedule A/B*: 3.1 | $9,620.00 | ■  $168.58<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 2021 Mercedes- Benz Sprinter 2500 85000 miles<br>KBB estimated private trade-in value<br>Line from *Schedule A/B*: 3.2 | $18,610.00 | ■  $16,750.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| 2021 Mercedes-Benz C 38000 miles<br>KBB estimated private trade in value<br><br>The other 50% interest is owned by Debtor's son.<br>Line from *Schedule A/B*: 3.3 | $8,900.00 | ■  $1,900.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

Doc: 023 00 0037
Line:          11510   04/17/2026
Page:          1

**Royal Business Bank**
皇佳商業銀行

001781

ZERONG YANG
1108 EAST 9TH STREET
POMONA CA   91766

ROYAL BUSINESS BANK-MORTGAGE                    Telephone:888-616-8188
1055 WILSHIRE BLVD, STE 1220
LOS ANGELES, CA 90017

## MTG LN 7/1 ADJUSTABLE RATE MORTGAGE (LA) Loan Statement

– – – – – Payment Information – – – – – –
Account Number                              2822016151
Payment Due Date                            05/01/2026
Amount Due                        \*\*\* 1,934.20 \*\*\*
If regular monthly payment is received
after 05/16/2026, 68.63 late fee
will be charged.
1,934.20 will be processed by ACH
from Checking Account XXXXXX9707

– – – – – Account Information – – – –    – – – Explanation of Amount Due – – – –
Outstanding Principal      178,070.47    Principal                     352.41
Interest Rate                6.875000    Interest                    1,020.20
Next Rate Change Date      02/01/2027    Escrow                        561.59
                                                        _____
                                         Regular Monthly Payment \*\* 1,934.20 \*\*
                                                        _____
                                         Total Amount Due        \*\* 1,934.20 \*\*

Collateral/Property: 1108 EAST 9TH STREET

– – – – – – – – – – – – Past Payments Breakdown – – – – – – – – – – – – – – – –
                           Paid Last Period         Paid Year to Date
Principal                            350.41                  1,328.63
Interest                           1,022.20                  4,324.27
Escrow                               561.59                  1,123.18
Fees and Charges                        .00                       .00
Total                              1,934.20                  6,776.08

– – – C o n t i n u e d – – –

MEMBER
**FDIC**
Z0030370-MGTSMT





**Royal Business Bank**
皇佳商業銀行

ZERONG YANG

### – – – – – – – Transaction Activity Since Your Last Statement  – – – – – – –

|        |                       | -----Payment Split----- |          | Transaction | Principal  |
| Date   | Description           | Principal | Interest  | Amount      | Balance    |
|--------|-----------------------|-----------|-----------|-------------|------------|
| 03/17/2026 | Balance Last Statement |       |           |             | 178,420.88 |
| 04/01/2026 | CHASE BANK         | 350.41    | 1,022.20  | 1,934.20    | 178,070.47 |
|        | Other Escrow:         | 561.59    |           |             |            |
| 04/17/2026 | Balance This Statement |      |           |             | 178,070.47 |

Make Check Payable to Royal Business Bank

### – – – – – – – – If You Are Experiencing Financial Difficulty – – – – – – –
Housing Counselor Information: If you would like counseling or assistance,
you can contact the following:
U.S. Department of Housing and Urban Development (HUD): For a list
of homeownership counselors or counseling organizations in your area, go to
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### – – – – – – – – – – – – – ATTENTION BORROWERS – – – – – – – – – – – – –
                    * * * * * Notice of New Service Fees * * * * *
Effective February 1 2022, the new Non-Sufficient Funds (NSF) or Returned
Payment fees will be charged in the following:
NSF or Returned Check Payment: $20.00
NSF or Returned ACH Payment: $25.00

Please contact Mortgage Servicing Dept. at (888)616-8188 for any questions.

001779  1300540570037582  007563  02/02  Z0050570-BRE



MEMBER

FDIC
MGTSMT

LENDER

U260014054625



## STATE OF CALIFORNIA
*Office of the Secretary of State*
### NOTICE OF JUDGMENT LIEN (JL 1)
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U260014054625 |
| Date Filed: 2/25/2026 |

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | Kevin Paul Hermansen |
| Organization Name | Law Office of Kevin P. Hermansen, P.C. |
| Phone Number | (818) 971-9992 |
| Email Address | Kevin@kphlegal.com |
| Address | 13654 VICTORY BOULEVARD, SUITE 111 VAN NUYS, CA 91401 |

**Judgment Debtor Information:**

| Judgment Debtor Name | Mailing Address |
| --- | --- |
| Zerong Yang | 1108 East 9th Street Pomona, CA 91766 |

**Judgment Creditor Information:**

| Judgment Creditor Name | Mailing Address |
| --- | --- |
| Li Yu | c/o Law Office of Kevin P. Hermansen, P.C. 13654 Victory Blvd. Ste. Van Nuys, CA 91401 |

**Judgment Information:**

| | |
| --- | --- |
| A. Name of Court Where Judgment Was Entered | Los Angeles Superior Court - West Covina |
| B. Title of the Action | Zerong Yang v. Li Yu |
| C. Case Number | 24WCUD02476 |
| D. Date Judgment Was Entered | 01/02/2026 |

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
| --- |
| None Entered |

| | |
| --- | --- |
| F. Date of This Notice | 02/25/2026 |
| G. Amount Required to Satisfy Judgment at This Date of Notice | $2,402,476 |

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

**Declaration and Signature:**

Declaration:

I am the Attorney of Record for the Judgment Creditor.

☒  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kevin Hermansen*
Sign Here

*02/25/2026*
Date

B4447-1684  02/25/2026  8:34 PM  Received by California Secretary of State

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Kevin Hermansen, SBN 266254
Law Office of Kevin P. Hermansen, P.C.
13654 Victory Boulevard, Suite 111
Van Nuys, CA 91401

TEL NO.: (818) 971-9992    FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* kevin@kphlegal.com

| [X] | ATTORNEY FOR | [X] | JUDGMENT CREDITOR | [ ] | ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 1427 West Covina Parkway
MAILING ADDRESS: 1427 West Covina Parkway
CITY AND ZIP CODE: West Covina, CA 91790
BRANCH NAME: West Covina Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: Zerong Yang
DEFENDANT: Li Yu

CASE NUMBER:
24WCUD02476

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Zerong Yang
   1108 East 9th Street
   Pomona, CA 91766

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

   N/A

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Li Yu c/o Law Office of Kevin P. Hermansen, P.C., 13654 Victory Boulevard, Suite 111, Van Nuys, CA 91401

Date: 02/10/2026
Kevin Hermansen
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► *[signature]*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 1,550.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* 01/02/2026
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
02/23/2026

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    David W. Slayton, Executive Officer/Clerk of Court
    Clerk, by _____ J. Arroyo _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| | |
|---|---|
| PLAINTIFF:  Zerong Yang<br>DEFENDANT:  Li Yu | COURT CASE NO.:<br>24WCUD02476 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.    Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

17.    Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.    Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.    Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]    **ABSTRACT OF JUDGMENT—CIVIL**    Page 2 of 2
**AND SMALL CLAIMS**

MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY   STATE BAR NUMBER: 266254 | FOR COURT USE ONLY |
|---|---|
| NAME: Kevin Hermansen<br>FIRM NAME: Law Office of Kevin P. Hermansen, P.C.<br>STREET ADDRESS: 13654 Victory Boulevard, Suite 111<br>CITY: Van Nuys   STATE: CA   ZIP CODE: 91401<br>TELEPHONE NO.: (818) 971-9992   FAX NO.:<br>EMAIL ADDRESS: kevin@kphlegal.com<br>ATTORNEY FOR (name): Li Yu | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
|---|
| STREET ADDRESS: 1427 West Covina Parkway |
| MAILING ADDRESS: 1427 West Covina Parkway |
| CITY AND ZIP CODE: West Covina, CA 91790 |
| BRANCH NAME: West Covina Courthouse |

PLAINTIFF: Zerong Yang

DEFENDANT: Li Yu

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER:<br>24WCUD02476 |
|---|---|

1. [x] **Postjudgment costs**
   a. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category):*

|   | Dates Incurred | | Amount |
|---|---|---|---|
| (1) Preparing and issuing abstract of judgment | 02/10/2026 | $ | 40.00 |
| (2) Recording and indexing abstract of judgment | 02/25/2026 | $ | 167.67 |
| (3) Filing notice of judgment lien on personal property | 02/25/2026 | $ | 10.00 |
| (4) Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county):* | | $ | |
| (5) Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ | |
| (6) Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | 02/24/2026 | $ | 60.00 |
| (7) Attorney fees, if allowed by Code Civ. Proc., § 685.040 | See attachment | $ | 4,772.50 |
| (8) Other: service of process ___ *(Statute authorizing cost):* CCP 1033.5(a)(4) | | $ | 65.00 |
| (9) Total of claimed costs for current memorandum of costs *(add (1)–(8))* | | $ | 5,115.17 |

   b. All previously allowed postjudgment costs                                   $
   c. **Total of all postjudgment costs** *(add a and b)*                         $ 5,115.17

2. [ ] **Credits to interest and principal**
   a. I acknowledge total payments to date in the amount of: $_____ (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $_____ ; credit to judgment principal $_____ .
   b. **Principal remaining due.** The amount of judgment principal remaining due is $_____ . *(See Code Civ. Proc., § 680.300)*

3. [x] **Accrued interest remaining due.** I declare interest accruing at the legal rate of 10 % on the unpaid principal amount of $1,550.00 ___ and _____ % on the unpaid principal amount of $_____ *(see Information Sheet for Calculating Interest and Amount Owed on a Judgment* (form MC-013-INFO)) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal), remaining due in the amount of $24.21 _____ .

4. I am the: [ ] judgment creditor   [ ] agent for the judgment creditor   [x] attorney for the judgment creditor.
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/28/2026

Kevin Hermansen
(TYPE OR PRINT NAME)                                          (SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2024]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov

## DECLARATION OF KEVIN HERMANSEN

I, Kevin Hermansen, declare:

1. My name is Kevin Hermansen, and my business address is 13654 Victory Boulevard, Suite 111, Van Nuys, CA 91401. I am not a party to this lawsuit. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. The first 15 years of my career were almost exclusively devoted to eviction defense trials, appeals, and affirmative habitability cases representing tenants exclusively. I also served as the organization's in-house judgment enforcement operator, where I collected millions in judgments on behalf of tenants. During those years I worked at BASTA, Inc., a nonprofit organization which advances the legal rights of tenants through the courts. I began as an associate attorney in 2009 and ended my tenure at BASTA, Inc. as the Director of Operations in December, 2023.

3. During this period I was also an independent contractor for the Law Office of Daniel J. Bramzon & Associates, P.C., where I provided legal services to both commercial and residential tenants in upscale properties and handled other unlimited jurisdiction breach of contract cases.

4. After leaving BASTA, Inc. I opened my own law office where I continue to represent tenants in affirmative habitability cases, unlawful detainer trials, and appeals.

5. I began working in the area of judgment enforcement during the summer of 2009 while I waited for my bar results. Since that time, I have collected millions in unpaid judgments, both on behalf of BASTA, Inc., the Law Office of Daniel J. Bramzon & Associates, and on behalf of other organizations (including Public Counsel, Eviction Defense Network, Lavi & Ebrahimian, LLP). My judgment enforcement work has also contributed to the published case Crasnick v. Marquez (2016) 248 Cal.App.4th Supp. 1 where I successfully defended an attorney fee award of Public Counsel against an offset.

6. As a sixteenth-year attorney with specialized experience in the defense of unlawful detainer cases, judgment enforcement, and appeals, as of December 1, 2025, my time is billed at $575 per hour. I have reviewed countless fee declarations from attorneys practicing in the landlord-tenant field of law, and the hourly rate of $575 based on my level of experience is well within the

1

MEMORANDUM OF COSTS AFTER JUDGMENT - ATTACHMENT

standard of the legal community generally and the area of landlord-tenant practice in particular.

7. My rate has recently increased the last four years of specialized knowledge and training in all of the COVID-19 related eviction moratoriums at the city, county, state, and federal level. Prior to January 1, 2024, I was consistently awarded the rate of $475 an hour by over 6 judges in Los Angeles County.

8. In the last two years my fee rate has been $500 to $550 an hour. On March 21, 2024, I was awarded the rate of $500 an hour for my work on an antislapp motion in Kimi Kim v. Jacob Woocher, LASC Case No. 23STCV26561 by Judge Timothy Patrick Dillon. On April 25, 2024, I was awarded the rate of $500 an hour for my work in an unlawful detainer action in The Roman Catholic Archbishop of Los Angeles v. Ken Cantrell, LASC Case No. 23WCUD02653 by the Judge Lynette Gridiron Winson. The rate of $500 was recently awarded by Commissioner Marcel D'Asero on June 6, 2024 in Sarkis Vartanian v. Roman Chpolanski, LASC Case No. 23PDUD02184 for work performed in an unlawful detainer case and by Judge Marisa Hernandez-Stern on September 20, 2024 in Belc Investments, LLC v. David Donmiguel, LASC Case No. 22STUD05172 in a residential unlawful detainer. On December 13, 2024 I was awarded the billing rate of $500 by Judge Armen Tamzarian for work in an appeal in T-A Fashion, LLC v. Megna T-Shirt Manufacturing, LASC Case No. 22STCV09201.

9. The most recent update to the Laffey Matrix is a widely and commonly accepted objective measure of the reasonableness of attorney's fees based upon various regional markets, commonly employed and relied upon by numerous Courts in the Superior Court of the State of California and the United States District Courts for California. Most recently, the Courts of Appeal ratified its use in Syers Properties III, Inc. v. Rankin (2014) 226 Cal. App. 4th 691. The market average for an 11-19 year attorney is of $948 an hour. The Laffey Matrix that is current through May 2025 and can be accessed here: http://www.laffeymatrix.com/see.html

10. On January 1, 2025, my billing rate increased to $550 an hour. The reason for this increase is based on the sheet number of appeals, affirmative habitability cases, trials, and experience gained during 2024, my first year as a solo-practitioner. It is also based on the markedly

2

MEMORANDUM OF COSTS AFTER JUDGMENT - ATTACHMENT

increase demand for attorneys specializing in tenants' rights litigation in Los Angeles. Most non-profit organizations (Bet Tzedek, LAFLA, Public Counsel, and even BASTA) regularly inform potential clients that they are "at capacity" and cannot take any more cases, shifting the need for available private practitioners like myself to jump in to a case at a moment's notice. The increase is also based on  inflation and updates to the Laffey Matrix which reflect the nationwide average.

11.    On April 2, 2025, I was awarded the billing rate of $550 by Judge Ericka J. Wiley for work performed in an unlawful detainer action that was won on summary judgment in Delia Juuldum v. Tonja Eakes, LASC Case No. 24SMUD02157.

12.    On April 30, 2025, I was awarded the billing rate of $550 by Judge Sharon L. Ransom for work performed in an unlawful detainer action that was dismissed after filing a Motion to Quash in Nazaret Avetisyan v. Maria Estela Aragon, LASC Case No. 25VEUD000148.

13.    On May 22, 2025, I was awarded the billing rate of $550 by Judge Jeffery McFarland for work performed in an unlawful detainer that was resolved with a bench trial in Gizela M. Aguirre v. Leticia Martinez, LASC Case No. 24STUD09741.

14.    On September 15, 2025, I was awarded the billing rate of $550 by Judge Jerry B. Marshak for work performed in an unlawful detainer bench trial pursuant to Civil Code § 1942.4 in Nashat Metri v. Yadira Del Carmen Quinonez, LASC Case No. 25PDUD00226.

15.    On September 29, 2025, I was awarded the billing rate of $550 by Judge David W. Swift for work performed in an unlawful detainer bench trial in SM 10000 Property LLC v. Michel Chakchay, LASC Case No. 24SMCV03946.

16.    On October 8, 2025, I was awarded the billing rate of $550 by Judge Teresa A. Beaudet in Vanessa Guitierrez v. Lorenza Roman, LASC Case No. 21STCV29932 for work performed in an affirmative habitability lawsuit where the Plaintiff tenants prevailed in a bench trial and obtained a judgment of $116,450.00.

17.    On October 16, 2025, I was awarded the billing rate of $550 by Judge Andrew E. Cooper in Napa Industries, LLC v. A-Z Communications, Inc., LASC Case No. 22CHCV00394 for work performed in a commercial unlawful detainer action and appeal.

3

MEMORANDUM OF COSTS AFTER JUDGMENT - ATTACHMENT

18.    On November 17, 2025, I was awarded the billing rate of $550 by Judge Tricia Garcia in <u>Siu Fan Tsang v. Cynthia Carter</u>, LASC Case No. 24PDUD04392 for work performed in an unlawful detainer bench trial.

19.    Since December 1, 2024, eight different judges have awarded my billing rate at $550 per hour, affirming its reasonableness in the current market. Taking into account both general inflation and the specific upward trends in the legal services market, it is necessary to adjust my rate to reflect present economic conditions. Accordingly, effective December 1, 2025 as I enter in to my 17th year of practice, my hourly rate has increased from $550 to $575.

20.    The hours that I spent on this case during the relevant time period are listed below. During the course of this matter, I made a special effort to maintain contemporaneous time records reflecting the work activity and time spent on this case. The hours I spent on this case were necessary and reasonable to enforce the judgment in this matter:

| DATE | WORK PERFORMED | TIME |
|---|---|---|
| 02/12/26 | Calendar entry reminder; Review order awarding attorney's fees; calculate total judgment amount and review e-mail from Plaintiff's counsel re payment | 0.3 hours |
| 02/12/26 | Review case file for information about Plaintiff's assets and property (.4); review restraining order file re same (.3); search for assets on PropertyShark (.3) | 1.1 hours |
| 02/12/26 | Research debtor's assets on LexisNexis and cross-reference address and title information | .5 hours |
| 02/12/26 | Draft Abstract of Judgment | .6 hours |
| 02/24/26 | Draft Application and Order for Appearance and Examination (AT-138/EJ-125) of judgment debtor; call and reserve hearing date | .7 hours |
| 02/25/26 | Draft UCC lien on debtor's personal property | .6 hours |
| 02/25/26 | review signed Abstract of Judgment returned by court and submit for recording to Los Angeles County Recorder's office | .3 hours |
| 02/26/26 | Review returned ORAP signed (.1); draft Notice to Produce documents for Zerong Yang with 39 document requests directed to judgment debtor examination (1.1); e-mail to process server with ORAP and instructions for personal service (.2) | 1.3 hours |
| 12/17/25 | Draft Post-Judgment Special Interrogatories and Requests for Production of Documents directed to debtor | 1.6 hours |
| 02/28/26 | Draft Memorandum of Costs After Judgment; calculate post-judgment interest and costs; update fee declaration (1.3) | 1.3 hours |

4

MEMORANDUM OF COSTS AFTER JUDGMENT - ATTACHMENT

| TOTAL HOURS (at rate of $575 per hour) | 8.3 hours |
|---|---|
| 8.3 x 575 = $4,772.50 | |

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed on February 28, 2026 in Los Angeles, California.

Kevin Hermansen

MEMORANDUM OF COSTS AFTER JUDGMENT - ATTACHMENT

MC-012

| Short Title:    Zerong Yang v. Li Yu | CASE NUMBER:<br>24WCUD02476 |
|---|---|

## PROOF OF SERVICE

[ x ] **Mail**        [ ] **Personal Service**

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is:
   13654 Victory Boulevard, Suite 111, Van Nuys, CA 91401

3. [ x ] I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b)*:

   a. [ x ] **Mail.** I am a resident of or employed in the county where the mail occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [ ] **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [ x ] **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

      (2) The envelope was addressed and mailed as follows:

                                              and by e-mail to: mary@sunlegalgroup.com

         (a)  Name of person served: Zerong Yang
         (b)  Address on envelope:   1108 East 9th Street, Pomona, CA 91766
         (c)  Date of mailing: 02/28/2026
         (d)  Place of mailing *(city and state)*:  Los Angeles, CA

   b. [ ] **Personal delivery.** I personally delivered a copy as follows.
      (1) Name of person served:
      (2) Address where delivered:
      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/28/2026

Kevin Hermansen
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF DECLARANT)

Kevin Hermansen, State Bar No. 266254
*Law Office of Kevin P. Hermansen, P.C.*
13654 Victory Boulevard, Suite 111
Van Nuys, CA 91401
Telephone: (818) 971-9992
Email: kevin@kphlegal.com

Attorney for Defendants

**FILED**
Superior Court of California
County of Los Angeles

**JAN 0 2 2026**

David W. Slayton, Executive Officer/Clerk of Court
By: A. Ramirez, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ZERONG YANG,<br><br>     Plaintiff,<br><br>v.<br><br>LI YU,<br><br>     Defendants. | ) LASC Case No. 24WCUD02476<br>)<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **DEFENDANT'S MOTION FOR**<br>) **ATTORNEY FEE SANCTIONS**<br>)<br>)<br>)<br>) |

**ORDER**

The motion of Defendant LI YU for Sanctions came on regularly for hearing on January 2, 2026 in Department 2 of the above-entitled Court. The Plaintiff appeared by counsel Mary M. Sun. The Defendant appeared by counsel Kevin P. Hermansen.

The Court, having reviewed the moving papers and considered the evidence and arguments presented, GRANTED the motion in part.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1.     The sanctions on the Requests for Admission is granted in the amount of $550, the Requests for Production in the amount of $250, the Special Interrogatories in the amount of $250, the Form Interrogatories – General in the amount of $250, and the Form Interrogatories – UD in the amount of $250. The total attorney fee sanctions are $1,550 ordered payable by the Plaintiff Zerong Yang.

ORDER

2.      The fees are ordered payable to "Law Office of Kevin P. Hermansen, P.C." and delivered to defense counsel's office, to be paid on or before January 30, 2026. by 5 P.M.

**IT IS SO ORDERED.**

Dated: _1/2/26_

Judge of the Superior Court

**LESLIE GUTIERREZ**

2
ORDER

**PROOF OF SERVICE**
LASC Case # 24WCUD02476

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 13654 Victory Blvd. Ste. 111, Van Nuys, CA 91401.

On January 2, 2026, I served the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEY FEE SANCTIONS**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Mary M. Sun

☐    (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our office's address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒    (BY ELECTRONIC MAIL): I caused such document to be transmitted electronically as follows: mary@sunlegalgroup.com

Executed on January 2, 2026 at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____/s/_____
Kevin Hermansen

3
ORDER