# Comparative Market Analysis



## 1108 East 9th Street, Pomona, California 91766

## Zerong Yang & Julan Ye

MAY 8, 2026



Jenny Wu Realty

## Jenny Wu

LPT Realty, Inc

May 08, 2026

Dear Zerong Yang & Julan Ye,

I appreciate the opportunity to share my business plan with you.

In order to inform you about the current happenings in today's market, I have prepared this comparative market analysis (CMA) especially for you. There are many properties on the market today, and each has different amenities, sizes, and values. By reviewing this CMA, you will have the information needed to price your home in the appropriate range in today's market.

Home buyers always do a lot of comparison shopping. In today's market it is especially important to price your home right from the beginning and to get it "show ready". There are many homes available in all price ranges, but the homes that are priced right and show well are the ones that bring in qualified buyers.

Part of this package includes a detailed copy of my personal marketing plan. We will certainly go over this in detail so that you feel comfortable to entrust your home sale to me. I am sure that once you review the plan, you will feel very satisfied with me marketing your home.

My goal is to help you sell your home quickly and at a fair market value. I look forward to working with you on the sale of your home.

Sincerely,

Jenny Wu



Jenny Wu
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# What is a CMA

**No two homes are identical, which is why choosing a sales price or offer price for a home can be challenging. That's where the comparative market analysis, or CMA, is most useful.**

### What is a CMA?

The CMA is a side-by-side comparison of homes for sale and homes that have recently sold in the same neighborhood and price range. This information is further sorted by data such as type of home, number of bedrooms, number of baths, lot size, neighborhood, property condition and features, and many other factors. The purpose is to show estimated market value, based on what other buyers and sellers have determined through past sales, pending sales and homes recently put on the market.

### How is the CMA created?

CMAs are generated by using property information from your real estate agent's multiple listing service (MLS). The MLS is available to licensed members only, including brokers, salespeople, and appraisers, who pay dues to gain access to the service's public and proprietary data, including tax roll information, sold transactions, and listings input by all cooperating MLS members. Listing agents generate CMAs for their sellers, and buyer's agents create them for their buyers so both sides know what current market conditions are for the homes they're interested in comparing.

### How accurate are CMAs?

The CMA is a here-and-now snapshot of the market, based on the most recent data available, but it can instantly be rendered obsolete by a new listing, or a change of status in a home with the same criteria. Why? The market is constantly changing - new listings, pending sales, closed sales, price reductions, and expired listings.

CMAs can vary widely, depending on the knowledge and skill of the person creating the CMA as well as the number and type of data fields that are chosen. That means some features may not be included.

As informative as the CMA is, it should only be used as a tool and should not substitute for your real estate professional's knowledge and advice.



Jenny Wu
LPT Realty, Inc
Call: 909-569-8888
info@jennywurealty.com | www.jennywurealty.com | DRE # 01817291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# Map of Comparable Listings

STATUS:  ● = CLOSED   ◎ = PENDING   ◉ = ACTIVE

|  | MLS # | STATUS | ADDRESS | BEDS | BATHS | SQFT | PRICE |
|---|---|---|---|---|---|---|---|
| 1 | Subject | ⌂ | 1108 E 9th St | 3 | 2.00 | 1,391 | - |
| 2 | DW25215877 | ● | 903 E 7th Street | 3 | 2.00 | 1,104.0 | $655,000 |
| 3 | IG26020595 | ● | 1087 E Phillips | 2 | 2.00 | 720.0 | $610,000 |
| 4 | CV25169041 | ● | 1163 E Mission Boulevard | 3 | 2.00 | 936.0 | $920,000 |
| 5 | IV25259781 | ● | 902 E 6th Street | 3 | 1.00 | 1,306.0 | $620,000 |
| 6 | IG26020600 | ● | 1095 E Phillips | 2 | 1.00 | 820.0 | $602,500 |
| 7 | IG25273153 | ● | 1314 S Mountain View | 3 | 2.00 | 1,015.0 | $655,000 |
| 8 | CV26063007 | ◎ | 956 S Reservoir | 3 | 1.00 | 1,242.0 | $565,000 |
| 9 | CV26052091 | ◎ | 866 E 4th Street | 2 | 1.00 | 720.0 | $499,999 |
| 10 | TR26024349 | ◉ | 1361 S Mountain View Avenue | 5 | 3.00 | 2,110.0 | $849,000 |
| 11 | 26656183 | ◉ | 891 E 6th Street | 6 | 3.00 | 1,996.0 | $939,000 |



Jenny Wu
UPT Realty, Inc
Cell: 909-569-8888
Info@jennywurealty.com  |  www.jennywurealty.com  1  DRE # 401817291

4

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# Summary of Comparable Properties

## Ⓢ SOLD LISTINGS

| ADDRESS | SOLD DATE | BEDS | BATHS | SQFT | SOLD PRICE | $/SQ.FT |
|---|---|---|---|---|---|---|
| 903 E 7th Street | 11/19/25 | 3 | 2.00 | 1,104.0 | $655,000 | $593 |
| 1087 E Phillips | 3/6/26 | 2 | 2.00 | 720.0 | $610,000 | $847 |
| 1163 E Mission Boulevard | 1/12/26 | 3 | 2.00 | 936.0 | $920,000 | $983 |
| 902 E 6th Street | 1/12/26 | 3 | 1.00 | 1,306.0 | $620,000 | $475 |
| 1095 F Phillips | 3/2/26 | 2 | 1.00 | 820.0 | $602,500 | $735 |
| 1314 S Mountain View | 2/13/26 | 3 | 2.00 | 1,015.0 | $655,000 | $645 |
| Averages | | | | 983 | $677,083 | $713 |

## PENDING LISTINGS

| ADDRESS | SOLD DATE | BEDS | BATHS | SQFT | PRICE | $/SQ.FT |
|---|---|---|---|---|---|---|
| 956 S Reservoir | – | 3 | 1.00 | 1,242.0 | $565,000 | $455 |
| 866 E 4th Street | – | 2 | 1.00 | 720.0 | $499,999 | $694 |
| Averages | | | | 981 | $532,499 | $575 |

## Ⓐ ACTIVE LISTINGS

| ADDRESS | SOLD DATE | BEDS | BATHS | SQFT | PRICE | $/SQ.FT |
|---|---|---|---|---|---|---|
| 1361 S Mountain View Avenue | – | 5 | 3.00 | 2,110.0 | $849,000 | $402 |
| 891 E 6th Street | – | 6 | 3.00 | 1,996.0 | $989,000 | $495 |
| Averages | | | | 2,053 | $919,000 | $449 |


Jenny Wu
LPT Realty, Inc
Cell: 909-569-8088
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # 01817291



# Listings



Jenny Wu Realty

**Jenny Wu**

LPT Realty, Inc

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 903 E 7th Street Pomona, CA 91766

MLS #DW25215877

## $655,000

CLOSED 11/19/25

**3 Beds 2.00 Baths**
Year Built **1940**

**1,104.0** Sq. Ft. ($593 / sqft)
Days on market: **30**



Photo not available

## Details

**Prop Type:** Single Family Residence
**County:** Los Angeles
**Area:** 687 - Pomona
**Full baths:** 1.0

**3/4 Baths:** 1.0
**Acres:** 0.1197
**Lot Size (sqft):** 5,212
**Garages:** 2

**List date:** 9/12/25
**Sold date:** 11/19/25
**Off-market date:** 10/12/25
**Updated:** Nov 19, 2025 3:50 AM

**List Price:** $649,900
**Orig list price:** $649,900
**School District:** Pomona Unified

## Features

**Association Y N:** No
**Attached Garage Y/N:** N
**Community Features:** Curbs, Sidewalks
**Contract Status Change Date:** 2025-11-19T00:00:00
**Cooling:** See Remarks
**Elevation Units:** Feet
**Heating:** See Remarks

**Land Fee/Land Lease:** Fee
**Levels:** One
**Listing Terms:** Submit
**Lot Features:** 0-1 Unit/Acre
**Main Level Bedrooms:** 3
**Parking Total:** 2
**Pool Features:** None
**Pool Private Y N:** No

**Property Attached Yes/No:** No
**Room Type:** Kitchen, Living Room, Primary Bathroom, Primary Bedroom
**Senior Community Yes/No:** No
**Sewer:** Public Sewer

**Special Listing Conditions:** Standard
**View:** Neighborhood
**Water Source:** Public
**Year Built Source:** Assessor
**Zoning:** POR3*

## Remarks

3 bedroom, 2-bathroom home in Pomona. Tax rolls show different bathroom count.



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
Info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

7

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

Courtesy of First Team Real Estate
Information is deemed reliable but not guaranteed.


Jenny Wu
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com | www.jennywurealty.com | DRE # #01817293

8

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 1087 E Phillips Pomona, CA 91766

MLS #IG26020595

## $610,000

**CLOSED** 3/6/26

2 Beds 2.00 Baths
Year Built **1947**

720.0 Sq. Ft. ($847 / sqft)
Days on market: 5



Photo not available

## Details

**Prop Type:** Single Family Residence
**County:** Los Angeles
**Area:** 687 - Pomona
**Full baths:** 2.0

**Acres:** 0.2352
**Lot Size (sqft):** 10,246
**Garages:** 1
**List date:** 1/25/26

**Sold date:** 3/6/26
**Off-market date:** 2/2/26
**Updated:** Mar 9, 2026 3:06 AM
**List Price:** $585,000

**Orig list price:** $585,000
**School District:** Pomona Unified

## Features

**Association Y N:** No
**Attached Garage Y/N:** N
**Community Features:** Sidewalks
**Contract Status Change Date:** 2026-03-06T00:00:00
**Cooling:** Ductless, High Efficiency
**Direction Faces:** South
**Elevation Units:** Feet
**Flooring:** Laminate
**Interior Features:** Quartz Counters

**Land Fee/Land Lease:** Fee
**Levels:** One
**Listing Terms:** Cash To New Loan, FHA, Conventional, Submit, Cash, Contract, VA Loan
**Lot Features:** Landscaped, Rectangular Lot, Front Yard, Lot 10000-19999 Sqft
**Main Level Bedrooms:** 2
**Parking Total:** 1
**Patio And Porch Features:** Front Porch
**Pool Features:** None

**Pool Private Y N:** No
**Property Attached Yes/No:** No
**Road Surface Type:** Paved
**Roof:** Shingle
**Bathroom Features:** Upgraded, Quartz Counters, Remodeled
**Kitchen Features:** Quartz Counters
**Room Type:** All Bedrooms Down
**Senior Community Yes/No:** No

**Sewer:** Public Sewer
**Spa Features:** None
**Special Listing Conditions:** Standard
**View:** None
**Water Source:** Public
**Window Features:** Double Pane Windows
**Year Built Source:** Public Records



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #6181/291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

## Remarks

Charming, Turnkey, and Totally Updated Just Move In!

Step into a home thats a completely renovated gem thats bringing charm and modern style. Perfectly updated from top to bottom, this 2-bedroom, 2-bath residence offers the rare combination of timeless character and brand-new features that todays buyers are searching for.

Whether you're a first-time buyer, downsizing, or looking for a move-in-ready investment, this home checks every box. With a detached garage adding great value down the road for ADU Potential. No detail was overlooked in the extensive renovation. Enjoy peace of mind knowing this home has been thoughtfully updated with brand-new systems and finishes throughout, including: A gorgeous new kitchen with plenty of prep space for cooking or entertaining. Brand new luxury vinyl plank flooring throughout, offering durability, comfort, and contemporary style. New windows bringing in tons of natural light . A completely new HVAC system, so youll stay comfortable all year long with reliable heating and cooling. Freshly remodeled bathroom with modern fixtures, bright, and clean aesthetics. Updated lighting, paint, and finishes throughoutall done with designer flair. This home isn't just a quick flipits a quality renovation you can feel from the moment you walk in the door. Home offers all new plumbing, electrical, insulation, roof, and stucco. Step outside, and theres plenty of potential to create your ideal outdoor space with a lot over 10,000 sq ft. This home is a Must-See, Move-In-Ready Opportunity. Don't miss your chance to own a fully renovated, turnkey home with every major upgrade already done for you. Schedule your private showing todayyou wont be disappointed!


Courtesy of Elevate Real Estate Agency
Information is deemed reliable but not guaranteed.



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE #01817291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 1163 E Mission Boulevard Pomona, CA 91766

MLS #CV25169041

## $920,000

CLOSED 1/12/26

3 Beds 2.00 Baths

Year Built 1924

936.0 Sq. Ft. ($983 / sqft)

Days on market: 51

 

## Details

**Prop Type:** Single Family Residence
**County:** Los Angeles
**Area:** 687 - Pomona
**Full baths:** 2.0

**Acres:** 0.3799
**Lot Size (sqft):** 16,550
**List date:** 7/28/25
**Sold date:** 1/12/26

**Off-market date:** 9/17/25
**Updated:** Jan 12, 2026 7:46 AM
**List Price:** $950,000
**Orig list price:** $950,000

**School District:** Pomona Unified

## Features

**Association Y N:** No
**Community Features:** Gutters, Suburban
**Construction Materials:** Stucco
**Contract Status Change Date:** 2026-01-12T00:00:00
**Cooling:** None
**Direction Faces:** South
**Elevation Units:** Feet
**Heating:** None
**Interior Features:** Open Floorplan, Quartz Counters

**Land Fee/Land Lease:** Fee
**Levels:** One
**Listing Terms:** Cash, Conventional, Fannie Mae, VA Loan
**Lot Features:** Cul-De-Sac, Front Yard, Lot 10000-19999 Sqft, Rectangular Lot, Up Slope from Street
**Main Level Bedrooms:** 3
**Parking Total:** 50
**Patio And Porch Features:** Concrete
**Pool Features:** None

**Pool Private Y N:** No
**Property Attached Yes/No:** No
**Property Condition:** Termite Clearance, Turnkey, Updated/Remodeled
**Road Surface Type:** Alley Paved
**Roof:** Composition, Shingle
**Kitchen Features:** Remodeled Kitchen
**Room Type:** All Bedrooms Down

**Security Features:** Carbon Monoxide Detector(s), Closed Circuit Camera(s), Smoke Detector(s)
**Senior Community Yes/No:** No
**Sewer:** Public Sewer
**Spa Features:** None
**Special Listing Conditions:** Standard
**Utilities:** Electricity Connected, Natural Gas Connected, Sewer Connected, Water Connected



Comparative Market Analysis                                      1108 East 9th Street, Pomona, California 91766

View: Mountain(s),
Neighborhood

Water Source: Public

**Window Features:** Double
Pane Windows, ENERGY
STAR Qualified Windows

**Year Built Source:** Assessor

**Zoning:** Corridors Specific
Plan

## Remarks

REMODELED HOUSE/OFFICE + WORK YARD + 2 FRONT GATES + 2 BACK GATES Located in the Midtown Segment of the Pomona Corridors Specific Plan, 1163 E Mission Blvd offers a rare live-and-work setup with outstanding commercial flexibility. The zoning (Pomona Corridors Specific Plan Midtown Segment) allows a broad mix of uses by right, including office, medical, retail, artisan workshops, salons, educational services, personal care businesses, and mixed-use residential. With a Conditional Use Permit (CUP), additional high-demand usessuch as automotive services (repair, detailing, dismantling), trucking and trailer storage, towing service, impound yards, outdoor storage yards, contractor shops, light industrial or CNC machining, cannabis-related businesses, religious assembly, equipment rental, entertainment or fitness venues, drive-thru establishments, and small-scale wholesale or distribution centersmay be permitted. These uses reflect the corridors growing mix of commercial, industrial, and flexible-use operators. The front of the property features a fully remodeled 3-bedroom, 2-bathroom structure, ideal for professional office, medical or dental clinic, salon, or live/work residence. Recent improvements include a new roof, new windows, updated flooring, modern kitchen and bathrooms, plus upgraded plumbing and electrical offering a turnkey space ready for immediate occupancy. Behind the structure is a large, flat open yard with full gated access from both the front and rear alley. Dual side gates and rear gates enable drive-through capability, making it perfectly suited for truck access, equipment storage, contractor operations, or outdoor workspace. The yard is built out with an additional electrical subpanel with multiple 240V and standard outlets throughout the lot, plus several water faucets and one sewer connection delivering utility infrastructure for flexible commercial or business uses. This location, with excellent street frontage, easy access, and built-in utilities, presents an exceptional opportunity for owner-users or investors seeking a high-utility site in a busily evolving Industrial corridor. Buyer to verify all zoning, permits, and development potential with the City of Pomona.

Courtesy of Century 21 Masters
Information is deemed reliable but not guaranteed.



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 1163 E Mission Boulevard Pomona, CA 91766

MLS #CV25169041

**$920,000**

**CLOSED** 1/12/26

3 Beds **2.00** Baths

Year Built **1924**

936.0 Sq. Ft. ($983 / sqft)

Days on market: **51**














**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # 01817291

13

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 902 E 6th Street Pomona, CA 91766

MLS #IV25259781

**$620,000**

`CLOSED` 1/12/26

3 Beds 1.00 Baths

Year Built 1939

1,386.0 Sq. Ft. ($475 / sqft)

Days on market: 17




## Details

**Prop Type:** Single Family
Residence
**County:** Los Angeles
**Area:** 687 - Pomona
**Style:** Traditional

**Full baths:** 1.0
**Acres:** 0.114
**Lot Size (sqft):** 4,965
**Garages:** 1

**List date:** 11/13/25
**Sold date:** 1/12/26
**Off-market date:** 11/30/25
**Updated:** Jan 13, 2026 3:21
AM

**List Price:** $630,000
**Orig list price:** $630,000
**School District:** Pomona
Unified

## Features

**Association Y N:** No
**Attached Garage Y/N:** N
**Community Features:** Curbs,
Sidewalks, Street Lights
**Construction Materials:**
Drywall Walls, Frame, Stucco
**Contract Status Change
Date:** 2026-01-12T00:00:00
**Cooling:** None
**Direction Faces:** North
**Elevation Units:** Feet
**Flooring:** Laminate, Tile
**Foundation Details:** Raised

**Heating:** Wall Furnace
**Interior Features:** Ceiling
Fan(s), Granite Counters
**Land Fee/Land Lease:** Fee
**Levels:** One
**Listing Terms:** Cash,
Contract, Conventional, FHA,
Submit
**Lot Features:** Corner Lot,
Front Yard, Rectangular Lot,
Level, Sprinklers In Front
**Main Level Bedrooms:** 3
**Parking Total:** 1

**Patio And Porch Features:**
Front Porch
**Pool Features:** None
**Pool Private Y N:** No
**Possession:** Close Of Escrow
**Property Attached Yes/No:**
No
**Property Condition:** Termite
Clearance, Turnkey
**Road Surface Type:** Alley
Paved, Paved
**Roof:** Shingle
**Bathroom Features:** Bathtub

**Kitchen Features:** Granite
Counters
**Room Type:** All Bedrooms
Down
**Security Features:** Carbon
Monoxide Detector(s),
Smoke Detector(s)
**Senior Community Yes/No:**
No
**Sewer:** Public Sewer
**Spa Features:** None
**Special Listing Conditions:**
Standard, Trust



**Jenny Wu**
I PT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com | www.jennywurealty.com | DRE # #01617291

14

Comparative Market Analysis                                    1108 East 9th Street, Pomona, California 91766

**Utilities:** Electricity Connected, Natural Gas Connected, Sewer Connected, Water Connected

**View:** Neighborhood

**Water Source:** Public

**Window Features:** Double Pane Windows

**Year Built Source:** Assessor

**Zoning:** POR3*

## Remarks

THIS PROPERTY IN POMONA IS CONVENIENTLY LOCATED NEAR DOWNTOWN. IN A QUIET STREET WITH LOW TRAFFIC. FEATURES 3 BEDROOMS, 1 BATHROOM, AND CORNER LOT WITH ALLEY IN THE BACK. GRANITE COUNTERTOPS IN THE KITCHEN, TILE FLOORING, GOOD SIZE BEDROOMS. THE WATER HEATER HAS BEEN UPGRADED AND HAS 2 SOLAR PANELS WITH AN INTERFACER.
THE LIVING-ROOM-AREA, DINING-ROOM-AREA, AND THE GARAGE COULD BE CONVERTED IN AN ADU (PLEASE CHECK WITH THE CITY FOR POSIBILITIES).
THERE ARE SEVERAL TREES IN THE YARD: LEMON, TANGERIN, AVOCADO, GUAVA.
EASY TO SHOW PLEASE CONTACT YOUR AGENT FOR DETAILS.

Courtesy of GOLDEN DREAMS REALTY
Information is deemed reliable but not guaranteed.

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 902 E 6th Street Pomona, CA 91766

MLS #IV25259781

**$620,000**

CLOSED 1/12/26

3 Beds **1.00** Baths
Year Built **1939**

**1,306.0** Sq. Ft. ($475 / sqft)
Days on market: 17
















**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  BRE # #01817291

16

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 1095 E Phillips Pomona, CA 91766

MLS #IG26020600

**$602,500**

**CLOSED** 3/2/26

2 Beds **1.00** Baths

Year Built 1946

820.0 Sq. Ft. ($/35 / sqft)

Days on market: 5




## Details

**Prop Type:** Single Family Residence
**County:** Los Angeles
**Area:** 687 - Pomona
**Full baths:** 1.0

**Acres:** 0.2418
**Lot Size (sqft):** 10,534
**Garages:** 2
**List date:** 1/25/26

**Sold date:** 3/2/26
**Off-market date:** 2/2/26
**Updated:** Mar 2, 2026 1:32 PM
**List Price:** $575,000

**Orig list price:** $575,000
**School District:** Pomona Unified

## Features

**Association Y N:** No
**Attached Garage Y/N:** N
**Community Features:** Curbs
**Contract Status Change Date:** 2026-03-02T00:00:00
**Cooling:** Ductless
**Direction Faces:** South
**Elevation Units:** Feet
**Flooring:** Laminate
**Heating:** Ductless
**Interior Features:** Open Floorplan
**Land Fee/Land Lease:** Fee

**Levels:** One
**Listing Terms:** Cash To New Loan, FHA, Conventional, Submit, Cash, Contract, VA Loan
**Lot Features:** Landscaped, Front Yard, Lot 10000-19999 Sqft
**Main Level Bedrooms:** 2
**Parking Total:** 2
**Patio And Porch Features:** Front Porch
**Pool Features:** None
**Pool Private Y N:** No

**Property Attached Yes/No:** No
**Property Condition:** Turnkey
**Roof:** Shingle
**Bathroom Features:** Quartz Counters, Shower in Tub, Remodeled
**Kitchen Features:** Remodeled Kitchen
**Room Type:** All Bedrooms Down
**Security Features:** Carbon Monoxide Detector(s), Smoke Detector(s)

**Senior Community Yes/No:** No
**Sewer:** Public Sewer
**Spa Features:** None
**Special Listing Conditions:** Standard
**View:** None
**Water Source:** Public
**Window Features:** Double Pane Windows
**Year Built Source:** Public Records



**Jenny Wu**
I PY Realty, Inc
Cell: 909-569-8868
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

Comparative Market Analysis                                                      1108 East 9th Street, Pomona, California 91766

## Remarks

Charming, Turnkey, and Totally Updated Just Move In!

Step into a home thats a completely renovated gem thats bringing charm and modern style. Perfectly updated from top to bottom, this 2-bedroom, 1-bath residence offers the rare combination of timeless character and brand-new features that todays buyers are searching for.

Whether you're a first-time buyer, downsizing, or looking for a move-in-ready investment, this home checks every box. With a detached garage adding great value down the road for ADU Potential. No detail was overlooked in the extensive renovation. Enjoy peace of mind knowing this home has been thoughtfully updated with brand-new systems and finishes throughout, including: A gorgeous new kitchen with plenty of prep space for cooking or entertaining. Brand new luxury vinyl plank flooring throughout, offering durability, comfort, and contemporary style. New windows bringing in tons of natural light . A completely new HVAC system, so youll stay comfortable all year long with reliable heating and cooling. Freshly remodeled bathroom with modern fixtures, bright, and clean aesthetics. Updated lighting, paint, and finishes throughoutall done with designer flair. This home isn't just a quick flipits a quality renovation you can feel from the moment you walk in the door. Home offers all new plumbing, electrical, and insulation. Step outside, and theres plenty of potential to create your ideal outdoor space with a lot over 10,000 sq ft. This home is a Must-See, Move-In-Ready Opportunity. Don't miss your chance to own a fully renovated, turnkey home with every major upgrade already done for you. Schedule your private showing todayyou wont be disappointed!


Courtesy of Elevate Real Estate Agency

Information is deemed reliable but not guaranteed.



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8808
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

18

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 1095 E Phillips Pomona, CA 91766

MLS #IG26020600

## $602,500

  3/7/26

**2 Beds 1.00 Baths**

Year Built **1946**

**820.0** Sq. Ft. ($735 / sqft)

Days on market: **5**














**Jenny Wu**
LPT Realty, Inc
Cell: 909-565-8888
Info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #0181/293

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 1314 S Mountain View Pomona, CA 91766

MLS #IG25273153

## $655,000

`CLOSED` 2/13/26

3 Beds 2.00 Baths
Year Built 1948

1,015.0 Sq. Ft. (3645 / sqft)
Days on market: 45




## Details

**Prop Type:** Single Family Residence
**County:** Los Angeles
**Area:** 687 - Pomona
**Full baths:** 2.0

**Acres:** 0.1772
**Lot Size (sqft):** 7,717
**List date:** 12/8/25
**Sold date:** 2/13/26

**Off-market date:** 2/13/26
**Updated:** Feb 14, 2026 6:47 AM
**List Price:** $644,000
**Orig list price:** $644,000

**School District:** Ramona Unified

## Features

**Association Y N:** No
**Community Features:** Sidewalks, Storm Drains, Street Lights
**Contract Status Change Date:** 2026-02-13T00:00:00
**Cooling:** Central Air
**Elevation Units:** Feet
**Land Fee/Land Lease:** Fee

**Levels:** One
**Listing Terms:** Cash, Conventional, VA Loan
**Lot Features:** Back Yard, Front Yard
**Main Level Bedrooms:** 3
**Pool Features:** None
**Pool Private Y N:** No

**Property Attached Yes/No:** No
**Room Type:** All Bedrooms Down, Living Room, Primary Bathroom, Primary Bedroom
**Senior Community Yes/No:** No
**Sewer:** Public Sewer

**Special Listing Conditions:** Standard
**View:** Mountain(s)
**Water Source:** Public
**Year Built Source:** Assessor

## Remarks

Welcome to this meticulously remodeled home nestled in the vibrant city of Pomona, California. This property offers a


**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
Info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

20

Comparative Market Analysis                                    1108 East 9th Street, Pomona, California 91766

unique blend of modern comfort and versatile living spaces, perfect for a variety of lifestyles. Step inside to discover a beautifully updated interior featuring brand-new cabinetry and gleaming granite countertops in the kitchen, providing a stylish and functional heart for your culinary endeavors. Throughout the main residence, new laminate flooring creates a seamless and contemporary aesthetic, enhancing the spacious feel of the home. The main house boasts three comfortable bedrooms and two updated bathrooms, offering ample space for family living. Beyond the main dwelling, a significant highlight of this property is the garage conversion into a office / private living area This thoughtfully designed garage features its own private entrance, a dedicated bedroom, a full bathroom, and a comfortable living area, making it an ideal solution extra space , a private guest retreat, or a lucrative rental income opportunity. The exterior of the property is equally impressive, offering a huge, flat, and usable lot adorned with mature fruit trees, providing shade and a serene ambiance. An outdoor BBQ area completes the picture, creating the perfect setting for entertaining friends and family. Located in Pomona, residents benefit from its diverse community, cultural attractions, and convenient access to major freeways.

Courtesy of Signature Realty Network
Information is deemed reliable but not guaranteed.



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # 01817291

21

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 1314 S Mountain View Pomona, CA 91766

MLS #IG25273153

**$655,000**

**CLOSED** 2/13/26

3 Beds 2.00 Baths
Year Built 1948

1,015.0 Sq. Ft. ($645 / sqft)
Days on market: 45

















**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

22

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 956 S Reservoir Pomona, CA 91766

MLS #CV26063007

## $565,000

PENDING 5/4/26

3 Beds 1.00 Baths
Year Built 1946

1,242.0 Sq. Ft. ($455 / sqft)
Days on market: 36




## Details

**Prop Type:** Single Family Residence
**County:** Los Angeles
**Area:** 687 - Pomona
**Full baths:** 1.0

**Acres:** 0.1402
**Lot Size (sqft):** 6,106
**Garages:** 2
**List date:** 3/23/26

**Pending date:** 5/4/26
**Off-market date:** 5/4/26
**Updated:** May 5, 2026 12:40 PM
**List Price:** $565,000

**Orig list price:** $625,000
**School District:** Pomona Unified

## Features

**Association Y N:** No
**Attached Garage Y/N:** N
**Community Features:** Curbs, Sidewalks
**Contract Status Change Date:** 2026-05-04T00:00:00
**Cooling:** Wall/Window Unit(s)
**Elevation Units:** Feet

**Heating:** Wall Furnace
**Land Fee/Land Lease:** Fee
**Levels:** One
**Listing Terms:** Conventional, Cash
**Lot Features:** 0-1 Unit/Acre
**Main Level Bedrooms:** 3
**Parking Total:** 5

**Pool Features:** None
**Pool Private Y N:** No
**Possession:** Close Plus 2 Days
**Property Attached Yes/No:** No
**Room Type:** All Bedrooms Down

**Senior Community Yes/No:** No
**Sewer:** Public Sewer
**Special Listing Conditions:** Standard
**View:** None
**Water Source:** Public
**Year Built Source:** Public Records

## Remarks

Great opportunity in Pomona! This as-is property offers a spacious lot with plenty of room to expand, redesign, or create



Comparative Market Analysis                                          1108 East 9th Street, Pomona, California 91766

your own vision. Ideal for buyers or investors ready to put In some TLC, this home presents a unique chance to add value and maximize Its full potential.

Long driveway, Adu Possibility.

Whether youre looking to renovate, customize, or invest, the possibilities here are endless. With the right updates and creativity, this property can truly be transformed into something special. Conveniently located near local amenities, this is an opportunity you dont want to miss. Close to freeways and nearby shopping areas. SOLD AS IS. No blind offers.

Courtesy of KELLER WILLIAMS REALTY COLLEGE PARK
Information is deemed reliable but not guaranteed.



Jenny Wu
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 956 S Reservoir Pomona, CA 91766

MLS #CV26063007

## $565,000

PENDING 5/4/26

**3 Beds 1.00 Baths**
Year Built **1946**

**1,242.0** Sq. Ft. ($455 / sqft)
Days on market: **36**








**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com | www.jennywurealty.com | DRE # #01817297

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 866 E 4th Street Pomona, CA 91766

MLS #CV26052091

## $499,999

[price] 3/18/26

2 Beds **1.00** Baths

Year Built **1924**

720.0 Sq. Ft. ($694 / sqft)

Days on market: **8**

 

## Details

**Prop Type:** Single Family Residence

**County:** Los Angeles

**Area:** 687 - Pomona

**Full baths:** 1.0

**Acres:** 0.1378

**Lot Size (sqft):** 6,001

**Garages:** 2

**List date:** 3/9/26

**Pending date:** 3/18/26

**Off-market date:** 3/18/26

**Updated:** May 5, 2026 2:14 AM

**List Price:** $499,999

**Orig list price:** $499,999

**School District:** Pomona Unified

## Features

**Association Y N:** No

**Attached Garage Y/N:** N

**Community Features:** Curbs, Street Lights, Sidewalks

**Contract Status Change Date:** 2026-03-18T00:00:00

**Cooling:** None

**Elevation Units:** Feet

**Land Fee/Land Lease:** Fee

**Levels:** One

**Listing Terms:** Cash To New Loan, FHA, Conventional

**Lot Features:** 0-1 Unit/Acre, Yard

**Main Level Bedrooms:** 1

**Parking Total:** 2

**Pool Features:** None

**Pool Private Y N:** No

**Property Attached Yes/No:** Yes

**Room Type:** Laundry, All Bedrooms Down, Kitchen, Living Room

**Senior Community Yes/No:** No

**Sewer:** Unknown, Public Sewer

**Special Listing Conditions:** Standard

**View:** None

**Water Source:** Public

**Year Built Source:** Assessor

## Remarks

Opportunity Knocks! 2BR Home with Massive Lot & DU Potential



Comparative Market Analysis                                   1108 East 9th Street, Pomona, California 91766

Discover this hidden gem in Pomona! Situate on a generous 6,000 sq. ft. lot, 2-bedroom, 1-bath home is perfect for those looking to build equity or expand. The interior features a kitchen with durable granite countertops, ready for your final touches. Outside is a true gardener's paradise filled with mature fruit trees. Additionally the property includes a separate small office-ideal for remote work or a creative studio. With plenty of room to add an
ADU (Accessory Dwelling Unit), this property offers endless growth potential. Close to local amenities and freeway access. Sold as-is-bring your paintbrush and tools to unlock this home's full potential!

Courtesy of HOMEQUEST REAL ESTATE
Information is deemed reliable but not guaranteed.



Jenny Wu
LPT Realty, Inc
Cell: 909-569-8688
info@jennywurealty.com | www.jennywurealty.com | DRE # #01817293

27

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 866 E 4th Street Pomona, CA 91766

MLS #CV26052091

**$499,999**

PENDING 3/18/26

**2 Beds 1.00 Baths**
Year Built **1924**

**720.0 Sq. Ft.** ($694 / sqft)
Days on market: **8**



Jenny Wu Realty

**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com | www.jennywurealty.com | DRE # #01617291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 1361 S Mountain View Avenue Pomona, CA 91766

MLS #TR26024349

**$849,000**

ACTIVE 2/2/26

5 Beds **3.00** Baths

Year Built **1949**

**2,110.0** Sq. Ft. ($402 / sqft)

Days on market: **84**





## Details

**Prop Type:** Single Family
Residence

**County:** Los Angeles

**Area:** 687 - Pomona

**Full baths:** 3.0

**Acres:** 0.1641

**Lot Size (sqft):** 7,150

**Garages:** 2

**List date:** 2/2/26

**Updated:** Apr 28, 2026 6:25
AM

**List Price:** $849,000

**Orig list price:** $849,000

**School District:** Pomona
Unified

## Features

**Association Y N:** No

**Attached Garage Y/N:** N

**Community Features:** Street
Lights

**Contract Status Change
Date:** 2026-02-02T00:00:00

**Cooling:** Wall/Window
Unit(s)

**Elevation Units:** Feet

**Land Fee/Land Lease:** Fee

**Levels:** One

**Listing Terms:** Conventional,
Cash

**Lot Features:** Back Yard

**Main Level Bedrooms:** 5

**Parking Total:** 2

**Pool Features:** None

**Pool Private Y N:** No

**Property Attached Yes/No:**
No

**Room Type:** Kitchen

**Senior Community Yes/No:**
No

**Sewer:** Public Sewer

**Special Listing Conditions:**
Standard

**View:** None

**Water Source:** Public

**Year Built Source:** Assessor

## Remarks

5 bedroom 3 bath with gate home located in City of Pomona. Property has three kitchens and two kitchens without the permits. Tenants occupied. Buyer are to verify entire condition and all Information on this property on their own and must



Comparative Market Analysis                                              1108 East 9th Street, Pomona, California 91766

satisfy themselves as to all aspects of this property. The property is SOLD AS IS and seller Will NOT pay for repairs.

Courtesy of Presidential Inc
Information is deemed reliable but not guaranteed.



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569 8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #0181/291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 891 E 6th Street Pomona, CA 91766

MLS #26656183

## $989,000

ACTIVE 2/24/26

6 Beds 3.00 Baths
Year Built 1901

1,996.0 Sq. Ft. ($495 / sqft)
Days on market: 72




## Details

**Prop Type:** Single Family Residence
**County:** Los Angeles
**Area:** 687 - Pomona

**Style:** See Remarks
**Full baths:** 3.0
**Acres:** 0.1419

**Lot Size (sqft):** 6,183
**List date:** 2/24/26
**Updated:** May 7, 2026 8:27 AM

**List Price:** $989,000
**Orig list price:** $999,000

## Features

**Association Y N:** No
**Construction Materials:** Stucco
**Contract Status Change Date:** 2026-02-24T00:00:00
**Direction Faces:** South
**Flooring:** Laminate
**Heating:** Wall Furnace
**Levels:** One
**Parking Total:** 4

**Patio And Porch Features:** Concrete
**Pool Features:** None
**Pool Private Y N:** No
**Possession:** Close Of Escrow
**Property Attached Yes/No:** No
**Property Condition:** Updated/Remodeled
**Roof:** Shingle

**Bathroom Features:** Remodeled
**Kitchen Features:** Kitchen Island
**Room Type:** Guest/Maid's Quarters
**Senior Community Yes/No:** No
**Spa Features:** None
**Special Listing Conditions:** Standard

**View:** None
**Water Source:** Public
**Window Features:** Double Pane Windows
**Zoning:** POT3*

## Remarks

Fantastic opportunity in Pomona two homes on one lot! The main residence has been beautifully remodeled and features


Jenny Wu
I P T Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE: # #01817291

Comparative Market Analysis                                    1108 East 9th Street, Pomona, California 91766

4 bedrooms, 2 baths, and an updated kitchen with white cabinetry and sleek countertops. A permitted ADU converted in 2024 provides a comfortable 2-bedroom, 1-bath unit. Both homes include interior laundry rooms for convenience. Ideal for live-in owners occupy one dwelling and rent the other to help cover monthly payments. Located close to a neighborhood elementary school. Don't miss this versatile, income-generating property

Courtesy of Voelkel & Associates
Information is deemed reliable but not guaranteed.

**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
Info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #0101/291

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# 891 E 6th Street Pomona, CA 91766

MLS #26656183

## $989,000

ACTIVE 2/24/26

6 Beds 3.00 Baths
Year Built 1901

1,996.0 Sq. Ft. ($495 / sqft)
Days on market: 72

  

  

  

  


**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

33



# Analysis

Jenny Wu Realty

**Jenny Wu**

LPT Realty, Inc

Comparative Market Analysis

1108 East 9th Street, Pomona, California 91766

# Comparable Property Statistics

### Ⓢ 6 Sold Listings

| LOWEST | AVERAGE | HIGH | AVG PRICE / SQFT | AVG DOM |
|---|---|---|---|---|
| $602,500 | $677,083 | $920,000 | $713 | 26 |

### Ⓟ 2 Pending Listings

| LOWEST | AVERAGE | HIGH | AVG PRICE / SQFT | AVG DOM |
|---|---|---|---|---|
| $499,999 | $532,499 | $565,000 | $575 | 22 |

### Ⓐ 2 Active Listings

| LOWEST | AVERAGE | HIGH | AVG PRICE / SQFT | AVG DOM |
|---|---|---|---|---|
| $849,000 | $919,000 | $989,000 | $449 | 78 |



Jenny Wu
I PT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

35

Comparative Market Analysis                                              1108 East 9th Street, Pomona, California 91766

# Sold Property Analysis

## Averages

# 101.13% | 26 Days on market

Homes sold for an average of 101.13% of their list price.    It took an average of 26 days for a home to sell.

## Analysis

| ADDRESS | ORIG LIST PRICE | SOLD PRICE | % OF ORIG LIST PRICE | DOM | $ PER SQFT |
|---|---|---|---|---|---|
| 903 E 7th Street | $649,900 | $655,000 | 100.78% | 30 | $593 |
| 1087 E Phillips | $585,000 | $610,000 | 104.27% | 5 | $847 |
| 1163 E Mission Boulevard | $950,000 | $920,000 | 96.84% | 51 | $983 |
| 902 E 6th Street | $630,000 | $620,000 | 98.41% | 17 | $475 |
| 1095 E Phillips | $575,000 | $602,500 | 104.78% | 5 | $735 |
| 1314 S Mountain View | $644,000 | $655,000 | 101.71% | 45 | $645 |
| Averages | $672,316 | $677,083 | 101.13% | 26 | $713 |



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
Info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # 03817291

Comparative Market Analysis                                    1108 East 9th Street, Pomona, California 91766

# Intelligent Pricing and Timing



Pricing a home for sale is as much art as science, but there are a few truisms that never change.

- Fair market value attracts buyers, overpricing never does.
- The first two weeks of marketing are crucial.
- The market never lies, but it can change its mind.

Fair market value is what a willing buyer and a willing seller agree by contract is a fair price for the home. Values can be impacted by a wide range of reasons, but the two biggest are location and condition. Generally, fair market value can be estimated by considering the comparables - other similar homes that have sold or are currently for sale in the same area.

Sellers often view their homes as special, which tempts them to put a higher price on it, believing they can always come down later, but that's a serious mistake.

Overpricing prevents the very buyers who are eligible to buy the home from ever seeing it. Most buyers shop by price range and look for the best value in that range.



Jenny Wu Realty

**Jenny Wu**
IF1 Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # 01817291

Comparative Market Analysis                                                    1108 East 9th Street, Pomona, California 91766

# Intelligent Pricing and Timing



**Weeks on Market**

Your best chance of selling your home is in the first two weeks of marketing. Your home is fresh and exciting to buyers and to their agents.

With a sign in the yard, full description and photos in the local Multiple Listing Service, distribution across the Internet, open houses, broker's caravan, ads, and email blasts to your listing agent's buyers, your home will get the greatest flurry of attention and interest in the first two weeks.

If you don't get many showings or offers, you've probably overpriced your home, and it's not comparing well to the competition. Since you can't change the location, you'll have to either improve the home's condition or lower the price.

Consult with your agent and ask for feedback. Perhaps you can do a little more to spruce up your home's curb appeal, or perhaps stage the interior to better advantage.

The market can always change its mind and give your home another chance, but by then you've lost precious time and perhaps allowed a stigma to cloud your home's value.

Intelligent pricing isn't about getting the most for your home - it's about getting your home sold quickly at fair market value.


**Jenny Wu**
LPT Realty, Inc
Cell: 909-569 8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01817291

38

Comparative Market Analysis                                1108 East 9th Street, Pomona, California 91766

# Curb Appeal, A First Impression That Lasts

Most buyers form their first impression of your home before they even get out of the car. Curb appeal is the view from the curb that gives potential buyers the first chance to fall in love with your home.

The exterior of your home should be in pristine condition - clean, cleared of clutter, with no visible repairs needed. A broken step, overgrown bush, or abandoned toys in the yard can spoil both the home's appearance and the potential buyer's first impression.

Here's a simple cleanup and spruce up checklist to make sure your home leaves a stellar first impression:

- Clear driveways and walkways of snow, weeds, and debris. Repair or replace cracked steps or pavers. Whenever possible, driveways should be clear of vehicles.
- Keep your lawn mowed, edged, and watered. Prune dead branches and plants. Weed flower beds and replace leggy, thin landscaping with fresh plants and flowers.
- Replace loose or damaged roof shingles, clean the gutters, and paint and caulk window trim and doors.
- Make the front door area shine: consider repainting your front door and placing a new welcome mat. Polish the door hardware and make sure all front facing windows are clean.
- Power wash siding, brick, windows, and porches.
- Replace light fixtures -and if possible, pick new fixtures with the same mounting system to save time and hassle.
- Install new house numbers that match the finish of your light fixtures.
- Consider upgrading your mailbox; it's an inexpensive fix and the first thing that buyers will see when they pull up to your home.
- Install flowerboxes or pots of blooming flowers for a pop of color.
- Hang a seasonal wreath from your front door.



**Jenny Wu**
LPT Realty, Inc
Cell: 909-569-8888
info@jennywurealty.com  |  www.jennywurealty.com  |  DRE # #01837291



# Closing



Jenny Wu

LPT Realty, Inc